UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAY 17 PM 2:48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. _____ |
| Plaintiff, | § § | INDICTMENT  A16 CR 111 LY |
| v. | § § | [Ct. I – Vio: 18 U.S.C. §922(g)– Felon in Possession of a Firearm; |
| JACOB RAE DOCKERY | § § § | Ct. II – Vio: 18 U.S.C. §922(j) – Possession of a Stolen Firearm] |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

### COUNT ONE
Possession of a Firearm by a Felon
[18 U.S.C. §922(g)]

On or about January 26, 2016, in the Western District of Texas, the Defendant

**JACOB RAE DOCKERY**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce a firearm, to-wit:

- SigSauer, Model SIGM400, 5.56 mm semi-automatic rifle,

which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922 (g)(1) and 924(a)(2).

## COUNT II
### Possession of a Stolen Firearm
### [18 U.S.C. §922(j) & 924(a)(2)]

That on or about January 26, 2016, within the Western District of Texas, the Defendant,

### JACOB RAE DOCKERY

knowingly and unlawfully did possess a firearm, namely a:

- SigSauer, Model SIGM400, 5.56 mm semi-automatic rifle,

which had been shipped and transported in interstate and foreign commerce, either before or after it was stolen, and knowing or having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Sections 922 (j) & 924(a)(2).

A TRUE BILL:

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By:

DOUGLAS W. GARDNER
Assistant United States Attorney