**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　**Plaintiff**　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )　　**CRIMINAL NO. A-16-CR-111RP**<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>**JACOB RAE DOCKERY**　　　　 )<br>　　　　**Defendant**　　　　　　　 ) | |

## FACTUAL BASIS

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove beyond a reasonable doubt that:

Beginning on or about January 26, 2016, and continuing thereafter until on or about December 2016, in the Western District of Texas and elsewhere, the Defendant,

**JACOB RAE DOCKERY (1)**

did willfully, unlawfully and knowingly combine, conspire, confederate and agree, with others known and unknown to the grand jury, to commit an offense against the United States, to-wit: knowingly and unlawfully did possess, conceal, store, sell and attempt to sell and dispose of a firearm and more than one firearm, namely:

- SigSauer, Model SIGM400, 5.56 mm semi-automatic rifle,
- Marlin, Model 1895, 45/70 caliber, lever action rifle
- Marlin, Model 336, .30-30 caliber, lever action rifle

which had been shipped and transported in interstate and foreign commerce, either before or after anyone of the firearms were stolen, and knowing or having reasonable cause to believe that anyone of the firearms were stolen, in violation of Title 18, United States Code, Sections 922 (j) & 924(a)(2).

Specifically, the Government would prove that on or about January 26, 2016, Cedar Park

Police (CPPD) were called regarding an individual stealing license plates. Officers observed DOCKERY removing plates from cars similar to his own and conducted a traffic stop on his car. Officers observed the stolen plates and conducted a search incident to an arrest and found a 5.56 rifle that was stolen three days earlier from another citizen's trailer at a local motel.

The CPPD robbery/theft unit was conducting a separate investigation into this theft and found numerous links between DOCKERY and the stolen trailer to include the firearms listed above. The Bureau of Alcohol, Tobacco and Firearms investigation revealed that through various texts between DOCKERY, his girlfriend SWEEZY and ROGERS, jail calls, and interviews with other individuals associated with DOCKERY that he in fact engaged in a conspiracy to sell the stolen firearms in part to raise funds to support his drug habit and then after his arrest, to sell the firearms in order to raise money to post bail for DOCKERY. The firearms were not manufactured in Texas thus moved in and affected interstate commerce.

These acts occurred within the Western District of Texas.

      Respectfully submitted,

      RICHARD L. DURBIN, JR.
      UNITED STATES ATTORNEY

By:

   __/s/ Douglas W. Gardner
   DOUGLAS W. GARDNER
   Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2017, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Hans Viktor Olavson

      /s/ Douglas W. Gardner
Douglas W. Gardner
Assistant United States Attorney