FILED\
September 11, 2024\
CLERK, U.S. DISTRICT COURT\
WESTERN DISTRICT OF TEXAS\
BY: _____Julie Golden_____\
DEPUTY

**UNITED STATES DISTRICT COURT**

for

WESTERN DISTRICT OF TEXAS

**Request for Modifying the Conditions or Term of Supervision\
with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jacob Rae Dockery          Case Number: 1:16-CR-00111(1)-RP

Name of Sentencing Judicial Officer: Honorable Robert Pitman, U.S. District Judge

Date of Original Sentence: May 12, 2017

Original Offense: Conspiracy to Possess a Stolen Firearm, in violation of 18 U.S.C. §§ 371, 922(j) and 924(a)(2)

Original Sentence: 30 months imprisonment, followed by a three-year term of supervised release; Special conditions include: substance abuse treatment, alcohol abstinence, search and seizure, $3,250.15 in restitution ($3,225.15 balance), and a $100.00 special assessment (satisifed)

Type of Supervision: Supervised Release          Date Supervision Commenced: December 18, 2023

---

**PREVIOUS COURT ACTION**

None.

**PETITIONING THE COURT**

☐ To extend the term of supervision ____ years, for a total of ____ years.\
☒ To modify the conditions of supervision as follows:

**"The defendant shall pay the balance of restitution at the rate of no less than $25 per month, due by the 20th of each month beginning in September 2024. This Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The Defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible."**

**CAUSE**

A payment schedule is to be ordered by the Court in compliance with United States. v. Albro, 32 F.3d 173 (5th Cir. 1994). A review of Dockery's current financial status indicates he is able to pay at least $25 per month towards his restitution. Should Dockery's financial status improve, he will be required to increase his payments accordingly.

On September 9, 2024, Dockery waived his statutory rights to a hearing to modify the conditions of supervised release by endorsing the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision. The Assistant U.S. Attorney's Office has been notified.

Approved:  
Craig A. Handy  
Supervising U.S. Probation Officer  
Telephone: (512) 391-8745

Respectfully submitted,  
Heather M. Durand  
U.S. Probation Officer  
Telephone: (512) 391-8747

September 10, 2024

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

Honorable Robert Pitman  
U.S. District Judge

09/11/2024  
Date

PROB 49
(3/89)

# United States District Court
# Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*"The defendant shall pay the balance of restitution at the rate of no less than $25 per month, due by the 20th of each month beginning in September 2024. This Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The Defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible."*

Witness: Heather M. Durand, U.S. Probation Officer

Signed: Jacob Rae Dockery, Probationer or Supervised Releasee

Date: September 1, 2024